UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

NOV 24 2010



EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:

WENDY WARNER REYNES

Debtor.

Case No. 10 B 31614

Chapter 7

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP, TRUSTEE'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $8,959.12 | TOTAL COSTS REQUESTED: | $278.62 |
| TOTAL FEES REDUCED: | $1,662.00 | TOTAL COSTS REDUCED: | $278.62 |
| TOTAL FEES ALLOWED: | $7,297.12 | TOTAL COSTS ALLOWED: | $00.00 |

**TOTAL FEES AND COSTS ALLOWED: $7,297.12**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)   **Unreasonable Time**
The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(11)   **Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman,* 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re*

1

*Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: November 24, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

# Fox, Hefter, Swibel, Levin & Carroll, LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

October 26, 2010

**Fee Petition**

FHSLC
FHSLC

File No: 04950 - 002

From: 07/23/2010 to: 09/30/2010

## N. Neville Reid, as Chapter 7 Trustee/In Re: Wendy Reynes - Attorney Matters

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/23/2010 | RTS | Bankruptcy case research; legal research re spendthrift trusts. | 1.50 hrs @ | 260 /hr | 390.00 |
| 07/29/2010 | RTS | Bankruptcy case research; legal research re spendthrift trusts. | 1.80 hrs @ | 260 /hr | 468.00 |
| 07/29/2010 | EGP | Confer with R. Schultz regarding spendthrift trusts in Illinois (.1). Begin research regarding spendthrift trusts in Illinois (.7). | 0.80 hrs @ | 240 /hr | 192.00 |
| 07/30/2010 | EGP | Continue reading cases regarding spendthrift trusts in Illinois. | 0.90 hrs @ | 240 /hr | 216.00 |
| 08/04/2010 | EGP | Determine deadline for objection to exemption and notify N. Reid (.3). Confer with R. Schultz about memorandum regarding spendthrift trusts (.1). Begin cursory research regarding spendthrift trusts (.3). | 0.70 hrs @ | 240 /hr | 168.00 |
| 08/05/2010 | EGP | Continue research regarding spendthrift trusts and charitable remainder unitrusts. | 4.10 hrs @ | 240 /hr | 984.00 |
| 08/09/2010 | EGP | Finish research regarding spendthrift trusts, charitable remainder unitrusts, and the retirement exemption under the Illinois Code of Civil Procedure, and draft memorandum regarding the same (7.0). Discuss memorandum and arguments raised by debtor's counsel with R. Schultz (.3). Begin drafting FHSLC Employment Application (.8). | 8.10 hrs @ | 240 /hr | 1,944.00 |
| 08/10/2010 | AFJ | Assist E. Peterson with Employment Application, service list and mailing labels. | 1.00 hrs @ | 155 /hr | 155.00 |

Case 10-31614   Doc 29   Filed 11/24/10   Entered 11/29/10 07:16:16   Desc Main
Document   Page 4 of 6

NNR, AS CH 7 TRSTEE - REYNES
IN RE: WENDY REYNES (ATTORNEY)
Page 2
Fee Petition

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/10/2010 | RTS | Revise memorandum re trust issues. | 1.80 hrs @ | 260 /hr | 468.00 |
| 08/10/2010 | NNR | Conflict search for Reynes. | 0.10 hrs @ | 450 /hr | 45.00 |
| 08/10/2010 | EGP | Revise employment application (.6). Revise trust memorandum (.9). | 1.50 hrs @ | 240 /hr | 360.00 |
| 08/11/2010 | RTS | TC w W. Factor re case issues and settlement (.3); Draft e-mail to W. Factor re automatic stay (.2); Draft e-mails to N. Reid re case issues and proposed settlement structure (.5). | 1.00 hrs @ | 260 /hr | 260.00 |
| 08/17/2010 | RGB | Review docket and update pleadings files re: Reynes. | 0.10 hrs @ | 125 /hr | 12.50 |
| 08/19/2010 | RGB | Review dockets and update pleadings files re: Reynes; email to N. Reid re: same. | 0.10 hrs @ | 125 /hr | 12.50 |
| 08/23/2010 | RTS | Meet w N. Reid re case status (.1); draft email to W. Factor re settlement (.1). | 0.20 hrs @ | 260 /hr | 52.00 |
| 09/05/2010 | EGP | Update FHSLC employment application. | 0.20 hrs @ | 240 /hr | 48.00 |
| 09/06/2010 | EGP | Continue updating FHSLC employment application, and send to N. Reid. | 0.20 hrs @ | 240 /hr | 48.00 |
| 09/08/2010 | EGP | List questions regarding FHSLC employment application for N. Reid. | 0.30 hrs @ | 240 /hr | 72.00 |
| 09/09/2010 | NNR | Edit, revise retention application and discussion with E. Peterson re same. | 0.40 hrs @ | 450 /hr | 180.00 |
| 09/09/2010 | EGP | Revise FHSLC employment application per N. Reid's suggestions (.3). Give FHSLC employment application to T. Jordan for e-filing (.1). | 0.40 hrs @ | 240 /hr | 96.00 |
| 09/10/2010 | AFJ | Assist with preparation and filing Employment Application for FHSLC. | 1.10 hrs @ | 155 /hr | 170.50 |
| 09/10/2010 | RTS | TC w W. Factor re settlement issues. | 0.20 hrs @ | 260 /hr | 52.00 |
| 09/10/2010 | EGP | Update N. Reid affidavit for FHSLC employment application | 0.10 hrs @ | 240 /hr | 24.00 |

Case 10-31614    Doc 29    Filed 11/24/10    Entered 11/29/10 07:16:16    Desc Main
Document    Page 5 of 6

NNR, AS CH 7 TRSTEE - REYNES
IN RE: WENDY REYNES (ATTORNEY)

Page 3
Fee Petition

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and give to T. Jordan for filing. | | | |
| 09/13/2010 | NNR | Edit, revise retention application. | 0.30 hrs @ | 450 /hr | 135.00 |
| 09/13/2010 | RGB | Review service list re: mass mailing of employment application; prepare materials for mailing re: same. | 0.50 hrs @ | 125 /hr | 62.50 |
| 09/14/2010 | EGP | Prepare for tomorrow's hearing. | 0.20 hrs @ | 240 /hr | 48.00 |
| 09/15/2010 | EGP | Appear in court to present FHSLC's employment application (.5). Confer with N. Reid regarding J. Wedoff's ruling on employment application (.1). Review and revise employment application (.3). | 0.90 hrs @ | 240 /hr | 216.00 |
| 09/16/2010 | EGP | Review file (.1). Revise FHSLC employment application per Judge Wedoff's instructions, update related documents to reflect new filing and hearing dates, and give to N. Reid to review (.6). | 0.70 hrs @ | 240 /hr | 168.00 |
| 09/17/2010 | EGP | Incorporate N. Reid's suggestions into new FHSLC employment application, prepare employment application for e-filing, e-file employment application, and arrange for service via mail. | 0.90 hrs @ | 240 /hr | 216.00 |
| 09/21/2010 | EGP | Prepare for tomorrow's hearing on FHSLC Employment Application. | 0.20 hrs @ | 240 /hr | 48.00 |
| 09/22/2010 | AFJ | T/t E. Peterson regarding application to employ FHSLC (.2); work on changes to application and related documents (.2); and t/t Judge's clerk regarding same (.1). | 0.50 hrs @ | 155 /hr | 77.50 |
| 09/22/2010 | RGB | Assist A. Jordan with preparation, filing, and mailing re: FHSLC Employment Application. | 0.30 hrs @ | 125 /hr | 37.50 |
| 09/22/2010 | EGP | Court appearance (.9). Confer with N. Reid regarding hearing (.1). Research regarding notice requirements for employment applications (.3). | 1.30 hrs @ | 240 /hr | 312.00 |
| 09/23/2010 | AFJ | T/t Judge's Clerk regarding employment application requirements (.2); updated pleadings file (.3). | 0.50 hrs @ | 155 /hr | 77.50 |
| 09/23/2010 | EGP | Review local rules and administrative procedures and | 0.30 hrs @ | 240 /hr | 72.00 |

|            |     | prepare amended notice of hearing on application to employ FHSLC as trustee's general bankruptcy counsel. |                   |          |
|------------|-----|---|---|---|
| 09/27/2010 | AFJ | File amended notice of trustee's application to employ FHSLC as general bankruptcy counsel retroactive to July 23, 2010 and update files. | 0.60 hrs @ 155 /hr | 93.00 |

②  Total time billed for employment app — 9.2 hours, $2,142. Allow for 2 hrs of billed time — $240 x 2 = 480

| 09/27/2010 | EGP | Respond to email from N. Reid regarding amended notice of filing, and send file to T. Jordan for e-filing and service by mail. | 0.10 hrs @ 240 /hr | 24.00 |
|------------|-----|---|---|---|

Deducting $2,142 - $480 = ($1,662)

| 09/30/2010 | RTS | Review agreed motion to extend time to object to exemptions. | 0.20 hrs @ 260 /hr | 52.00 |
|------------|-----|---|---|---|
| 09/30/2010 | EGP | Draft Agreed Motion to Extend Time for the Trustee to Object to Claim of Exemptions Through and Including December 15, 2010 for N. Reid and give to R. Schultz to review (2.1). Revise draft of Agreed Motion per R. Schultz's suggestions and give to N. Reid for review (.5). | 2.60 hrs @ 240 /hr | 624.00 |

                                            Total Professional Services:    $8,680.50

| ID  | Timekeeper Name       | Hours | Total Fees |
|-----|----------------------|-------|------------|
| AFJ | Jordan, Anthony F    | 3.70  | $573.50    |
| EGP | Peterson, Elizabeth G. | 24.50 | $5,880.00  |
| NNR | Reid, N. Neville     | 0.80  | $360.00    |
| RGB | Baker, Robert Grant  | 1.00  | $125.00    |
| RTS | Schultz, Ryan T      | 6.70  | $1,742.00  |

## DISBURSEMENTS

| 08/31/2010 | E125 | Westlaw; Invoice #821052701; On Line Research for July 2010   | 67.92  |
|------------|------|---------------------------------------------------------------|--------|
| 09/22/2010 | E125 | Westlaw; Invoice # 821246841; On Line Research for August 2010 | 210.70 |

                                            Total Disbursements:    $278.62

⑪  -$278.62