UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
WENDY WARNER REYNES § Case No. 1:10-31614-ERW
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/15/2010 . The undersigned trustee was appointed on 07/15/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     42,800.35

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 19,361.88 |
   | Bank service fees | 801.35 |
   | Other payments to creditors | 2,142.01 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $     20,495.11 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  04/09/2013  and the deadline for filing governmental claims was  04/09/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,030.04 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 2,947.72  as interim compensation and now requests a sum of $ 2,082.32 , for a total compensation of $ 5,030.04 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/05/2017          By: /s/N. Neville Reid, Trustee
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-31614 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | WENDY WARNER REYNES | | | | Date Filed (f) or Converted (c): | 07/15/2010 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/2010 |
| For Period Ending: | 05/05/2017 | | | | Claims Bar Date: | 04/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE<br><br>Townhouse in Glenview, IL | 375,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH<br><br>one hundred twenty | 100.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING<br><br>checking - Private Bank | 730.02 | 0.00 | | 0.00 | FA |
| 4. TRUST ACCOUNT<br><br>Schwab Account under name of Wendy Reynes Trust | 91.59 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS - BEDROOM<br><br>Bedroom - queen bed; clothes chest; 2 wicker chairs; 2 small bedside tables (estimated value) | 250.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS - DINING ROOM<br><br>Dining room - table and 6 chairs; china cabinet (estimated value) | 150.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS - FAMILY ROOM<br><br>Family Room - table and 4 chairs; couch and loveseat; large coffee table; fireplace utilities; chest; tall chest; chair and ottoman (estimated value) | 350.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS - KITCHEN<br><br>Kitchen - dishes (ordinary and china), pots, pans, 4 bar stools; cooking utensils (estimated value) | 250.00 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS - LIVING ROOM<br><br>Living Room - couch; 2 captain chairs; fireplace items; lazyboy; 3 chairs; 2 small desks; 1 med. desk; 1 tall desk; 1 large desk; 1 large coffee table (estimated value) | 350.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-31614 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | WENDY WARNER REYNES | | | | Date Filed (f) or Converted (c): | 07/15/2010 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/2010 |
| For Period Ending: | 05/05/2017 | | | | Claims Bar Date: | 04/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. HOUSEHOLD GOODS - MASTER BEDROOM<br><br>Master Bedroom - king size bed; lounge chair; chest-clothes; cedar chest; 2 bedside tables; 2 lamps (estimated value) | 100.00 | 0.00 | | 0.00 | FA |
| 11. HOUSEHOLD GOODS - OFFICE<br><br>Office desk, chair | 50.00 | 0.00 | | 0.00 | FA |
| 12. HOUSEHOLD GOODS - RUGS<br><br>Rugs (estimated value) | 200.00 | 0.00 | | 0.00 | FA |
| 13. HOUSEHOLD GOODS - TVs AND STEREO<br><br>TVs and stereo equipment (estimated value) | 150.00 | 0.00 | | 0.00 | FA |
| 14. COLLECTABLES<br><br>CDs, tapes, books, pictures (estimated value) | 50.00 | 0.00 | | 0.00 | FA |
| 15. WEARING APPAREL<br><br>clothes | 300.00 | 0.00 | | 0.00 | FA |
| 16. FURS<br><br>furs | 300.00 | 0.00 | | 0.00 | FA |
| 17. JEWELRY<br><br>jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 18. EXERCISE EQUIPMENT<br><br>Exercise equipment | 150.00 | 0.00 | | 0.00 | FA |
| 19. TAX REFUND<br><br>009 TAX REFUND | 1,900.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-31614 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | WENDY WARNER REYNES | | | | Date Filed (f) or Converted (c): | 07/15/2010 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/2010 |
| For Period Ending: | 05/05/2017 | | | | Claims Bar Date: | 04/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. CHARITABLE REMAINDER UNITRUST (CRUT) Charitable Remainder Unitrust (CRUT) - Exempt under Illinois law and not property of estate under Bankruptcy Code. | 244,731.35 | 54,000.00 | | 42,800.00 | FA |
| 21. AUTOMOBILE 2000/Lexus/ES300 - Kelley Blue Book Trade-in Value assuming "fair condition" and 50,000 miles | 6,300.00 | 0.00 | | 0.00 | FA |
| 22. ANIMALS 2 Cats | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits          (u) | Unknown | N/A | | 0.35 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $631,602.96     $54,000.00     $42,800.35     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

Case Status April 2017: TFR filed in April 2017 and received one comment from UST. Trustee is in the process of responding to UST comment and will file revised TFR.

Status March 23, 2016: Under settlement Trustee obtained in 2011 and approved by the court, debtor's trust pays to estate $2000 every quarter for 27 quarters. Case cannot therefore be closed until last payment is received or if sufficient payments are received before the 27th quarter to enable Trustee to make a meaningful distribution to creditors and pay administrative claims. Trustee attempted to sell remaining payment stream to accelerate closing of case but there were no interested buyers. Payments inexplicably ceased as of October 2014 but under the settlement order the payments must be made through March 2018. Trustee has discussed this with debtor's counsel who is seeking additional missed payments from debtor's investment trustee (Charles Schwab).

Status April 2015: Under settlement trustee obtained in 2011 and approved by the court, debtor's trust pays to estate $2000 every quarter for 27 quarters. Case cannot therefore be closed until last payment is received or if sufficient payments are received before the 27th quarter to enable Trustee to make a meaningful distribution to creditors and pay administrative claims. Trustee attempted to sell remaining payment stream to accelerate closing of case but there were no interested buyers. Payments continue to be current and Trustee currently expects case to be fully funded and closed by the end of the 27th quarter.

Initial Projected Date of Final Report (TFR): 12/31/2011        Current Projected Date of Final Report (TFR): 05/31/2017

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 10-31614 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: WENDY WARNER REYNES | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3489 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5970 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 05/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $4,265.71 | | $4,265.71 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $2.63 | $4,263.08 |
| 10/17/12 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $6,063.08 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $3.27 | $6,059.81 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $3.74 | $6,056.07 |
| 01/08/13 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $7,856.07 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $3.86 | $7,852.21 |
| 02/06/13 | 300001 | INTERNATIONAL SURETIES, LTD Suite 420701 Poydras StreetNew Orleans, LA 70139 | Bond # 016026455 Term 02-01-13 to 02-01-14 Blanket Bond Amount $60,894,000 504-581-6404 | 2300-000 | | $8.68 | $7,843.53 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.07 | $7,832.46 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.52 | $7,821.94 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.63 | $7,810.31 |
| 04/09/13 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $9,610.31 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.13 | $9,597.18 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.27 | $9,582.91 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.79 | $9,569.12 |
| 07/09/13 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $11,369.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | | | Page Subtotals: | | $11,465.71 | $96.59 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-31614 | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- |
| Case Name: | WENDY WARNER REYNES | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3489 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX5970 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 05/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.21 | $11,352.91 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.88 | $11,336.03 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.31 | $11,319.72 |
| 10/08/13 | 20 | WENDY W. REYNES, TRUSTEE for Wendy Warner Reynes Charitable Trust | Settlement Agreement | 1129-000 | $1,800.00 | | $13,119.72 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $18.90 | $13,100.82 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $18.85 | $13,081.97 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $19.45 | $13,062.52 |
| 01/17/14 | 20 | WENDY W. REYNES Wendy Warner Reynes Charitable Trustee | Settlement Agreement | 1129-000 | $1,800.00 | | $14,862.52 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.72 | $14,841.80 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $19.93 | $14,821.87 |
| 04/07/14 | 300002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $6.61 | $14,815.26 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.04 | $14,793.22 |
| 04/08/14 | 20 | WENDY W. REYNES For Wendy Warner Reynes Charitable TrustCharles Schwab211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $16,593.22 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.27 | $16,569.95 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | | Page Subtotals: | $5,400.00 | $199.17 |
| --- | --- | --- | --- | --- |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-31614 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | WENDY WARNER REYNES | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3489 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX5970 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 05/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.63 | $16,545.32 |
| 07/08/14 | 20 | Charles Schwab on behalf of Wendy Reynes Charitable Trust 211 Main Street San Francisco, CA 94105 | 2nd Quarter Deposit - Settlement Agreement | 1129-000 | $1,800.00 | | $18,345.32 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.80 | $18,321.52 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.64 | $18,294.88 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.20 | $18,267.68 |
| 10/07/14 | 20 | Wendy W. Reynes Trustee for Wendy Warner Reynes Charitable Trust | Settlement Agreement | 1129-000 | $1,800.00 | | $20,067.68 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.28 | $20,041.40 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.28 | $20,012.12 |
| 12/03/14 | 300003 | First American Title Insurance Company Walinski & Associates 221 N. LaSalle St., Suite 1000 Chicago, IL 60601 | Interim Distribution to Claim 1 Representing Payment of 13.03% | 7100-000 | | $1,032.89 | $18,979.23 |
| 12/03/14 | 300004 | FIA CARD SERVICES N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Interim Distribution to Claim 2 Representing Payment of 13.03% | 7100-000 | | $1,109.12 | $17,870.11 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.79 | $17,841.32 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*    Page Subtotals:    $3,600.00    $2,328.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-31614 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: WENDY WARNER REYNES | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3489 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5970 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 05/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/14 | 300005 | N. NEVILLE REID, Chapter 7 Trustee<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Trustee Compensation per Dkt. 62<br>Partial Compensation | 2100-000 | | $2,947.72 | $14,893.60 |
| 12/30/14 | 300006 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street - Suite 3000<br>Chicago, IL 60606 | Fee Application Compensation per Dkt. 62 Order entered December 30, 2014 | | | $9,099.23 | $5,794.37 |
| | | FOX SWIBEL LEVIN & CARROLL LLP | ($9,000.00) | 3110-000 | | | |
| | | FOX SWIBEL LEVIN & CARROLL LLP | ($99.23) | 3120-000 | | | |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.14 | $5,766.23 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,756.23 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,746.23 |
| 03/26/15 | 300007 | Arthur B. Levine Company<br>Adams Levine<br>Surety Bond Agency<br>60 East 42nd Street, Room 965<br>New York, New York 10165<br><br>212-986-7470 | Chpt. 7 Blanket Bond Premium (Feb. 1, 2015 to Feb. 1, 2016) for Bond Number 10BSBGR6291 | 2300-000 | | $2.21 | $5,744.02 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,734.02 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,724.02 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,714.02 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,704.02 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*                   Page Subtotals:                    $0.00        $12,137.30

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 10-31614 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | WENDY WARNER REYNES | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3489 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX5970 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 05/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,694.02 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,684.02 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,674.02 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,664.02 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,654.02 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,644.02 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,634.02 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,624.02 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,614.02 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,604.02 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,594.02 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,584.02 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*                                  Page Subtotals:            $0.00            $120.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 10-31614 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: WENDY WARNER REYNES | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3489 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5970 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 05/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,574.02 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,564.02 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,554.02 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,544.02 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,534.02 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,524.02 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,514.02 |
| 02/13/17 | 20 | Wendy Reynes | Settlement Proceeds (Partial Payment) | 1129-000 | $10,000.00 | | $15,514.02 |
| 02/13/17 | 20 | Wendy Reynes | Settlement Proceeds (Partial Payment) | 1129-000 | $5,000.00 | | $20,514.02 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.91 | $20,495.11 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $35,465.71 | $14,970.60 |
| Less: Bank Transfers/CD's | $4,265.71 | $0.00 |
| Subtotal | $31,200.00 | $14,970.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $31,200.00 | $14,970.60 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*                    Page Subtotals:    $15,000.00    $88.91

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-31614
Case Name: WENDY WARNER REYNES
Taxpayer ID No: XX-XXX5970
For Period Ending: 05/05/2017

Trustee Name: N. Neville Reid, Trustee
Bank Name: Bank of America
Account Number/CD#: XXXXXX6945
Money Market Account (Interest Earn
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/11 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $2,000.00 | | $2,000.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $2,000.01 |
| 07/14/11 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $2,000.00 | | $4,000.01 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $4,000.03 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,000.07 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,000.10 |
| 10/11/11 | 301 | FOX, HEFTER, SWIBEL, LEVIN & CARROL | Interim Compensation Partial payment of fees allowed Total Fees Allowed $7,297.12 [Dkt. #29] . Account balance is only $4,000 as of this date. Will take the balance at a later date. | 3110-000 | | $3,500.00 | $500.10 |
| 10/25/11 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $2,000.00 | | $2,500.10 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,500.12 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.41 | $2,496.71 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,496.73 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.08 | $2,493.65 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,493.67 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.07 | $2,490.60 |
| 01/10/12 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $2,000.00 | | $4,490.60 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 13)*   Page Subtotals:   $8,000.16   $3,509.56

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-31614 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: WENDY WARNER REYNES | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6945 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX5970 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 05/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,490.63 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $4.82 | $4,485.81 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,485.85 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $5.33 | $4,480.52 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,480.56 |
| 03/30/12 | 302 | FOX, HEFTER, SWIBEL, LEVIN & CARROL | Interim Compensation Balance of payment of fees allowed Total Fees Allowed $7,297.12 [Dkt. #29] . $3500 paid 10/11/11 - this is the balance. | 3110-000 | | $3,797.12 | $683.44 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $5.51 | $677.93 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $677.94 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1.64 | $676.30 |
| 05/02/12 | 303 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras St.New Orleans, LA 70139 | Blanket Bond Disbursement Premium | 2300-000 | | $0.31 | $675.99 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $676.00 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.86 | $675.14 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.01 | | $675.15 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.80 | $674.35 |
| 07/03/12 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $2,474.35 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 14)* | Page Subtotals: | $1,800.14 | $3,816.39 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-31614 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: WENDY WARNER REYNES | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6945 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX5970 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 05/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/12 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $4,274.35 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $4,274.37 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.61 | $4,270.76 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.03 | | $4,270.79 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET9TH FLOORDALLAS, TX 75283 | BANK FEES | 2600-000 | | $5.08 | $4,265.71 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $4,265.71 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $11,600.35 | $11,600.35 |
| Less: Bank Transfers/CD's | $0.00 | $4,265.71 |
| Subtotal | $11,600.35 | $7,334.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,600.35 | $7,334.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*     Page Subtotals:     $1,800.05     $4,274.40

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3489 - Checking Account | $31,200.00 | $14,970.60 | $20,495.11 |
| XXXXXX6945 - Money Market Account (Interest Earn | $11,600.35 | $7,334.64 | $0.00 |
|  | $42,800.35 | $22,305.24 | $20,495.11 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $42,800.35 |
| Total Gross Receipts: | $42,800.35 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-31614-ERW  Date: May 5, 2017
Debtor Name: WENDY WARNER REYNES
Claims Bar Date: 4/9/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $5,030.04 | $5,030.04 |
| 100 3110 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Administrative | Dkt. 28 - Order granting fees of FSLC in the amount of $7,297.12; and<br><br>Dkt. 29 - Finding of Facts and Conclusions of Law (reducing fees by $1,662 and costs by $278.62).<br><br>Order Number from conversion: 28<br><br>Order Date from conversion: 11/24/2010 | $0.00 | $22,148.12 | $29,709.91 |
| 100 3120 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $99.23 | $99.23 |
| 1 300 7100 | FIRST AMERICAN TITLE INSURANCE COMP<br>Walinski & Associates<br>221 N. LaSalle St., Suite 1000<br>Chicago, IL 60601 | Unsecured | | $0.00 | $7,927.69 | $7,927.69 |
| 2 300 7100 | FIA CARD SERVICES N. A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $8,512.83 | $8,512.83 |
| BOND 999 2300 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $0.00 | $15.60 | $15.60 |
| | Case Totals | | | $0.00 | $43,733.51 | $51,295.30 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:10-31614-ERW  
Case Name: WENDY WARNER REYNES  
Trustee Name: N. Neville Reid, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 20,495.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 5,030.04 | $ 2,947.72 | $ 2,082.32 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 29,709.91 | $ 16,297.12 | $ 13,412.79 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ 99.23 | $ 99.23 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 15.60 | $ 15.60 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 15,495.11 |
| Remaining Balance | $ 5,000.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,440.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIRST AMERICAN TITLE INSURANCE COMP | $ 7,927.69 | $ 1,032.89 | $ 2,411.02 |
| 2 | FIA CARD SERVICES N. A. | $ 8,512.83 | $ 1,109.12 | $ 2,588.98 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,000.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE