**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 08-10376 |
| WENDY WARNER REYNES, | ) | |
| | ) | Hon. Deborah L. Thorne |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, N. Neville Reid, certify that on **May 12, 2017**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 72]; **Trustee's Application for Compensation and Expenses** [Dkt. 71]; and the **Third and Final Application of Fox Swibel Levin & Carroll LLP, for an Order (I) Allowing an Administrative Claim for Compensation for the Period December 1, 2014 Through March 27, 2017; and (II) Authorizing Payment of Unpaid Fees** [Dkt. 70], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**PARTIES TO RECEIVE NOTICE THROUGH THE COURT'S CM/ECF SYSTEM:**

William J Factor on behalf of Debtor Wendy Reynes
wfactor@wfactorlaw.com, wfactorlaw@gmail.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Josephine J Miceli on behalf of Creditor Bank of America, National Association
jmiceli@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com

**PARTIES TO RECEIVE NOTICE BY POSTAGE PREPAID FIRST-CLASS U.S. MAIL:**

Wendy Warner Reynes
1816 B Wildberry Dr.
Glenview, IL 60025-1788

First American Title Insurance Company
c/o Walinski & Associates
221 N. LaSalle St.
Suite 1000
Chicago, IL 60601-1320

FIA CARD SERVICES, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410