UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-31614 |
| Wendy Warner Reynes, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER (I) GRANTING THIRD AND FINAL FEE APPLICATION OF FOX SWIBEL LEVIN & CARROLL LLP, (II) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE PERIOD DECEMBER 1, 2014 THROUGH MARCH 27, 2017; AND (III) AUTHORIZING PAYMENT OF UNPAID FEES**

This matter coming before the Court on the Application (the "Application") of N. Neville Reid of the law firm of Fox Swibel Levin & Carroll, LLP ("FSLC"), general bankruptcy counsel to N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Wendy Warner Reynes (the "Debtor"), for entry of an order pursuant to 11 U.S.C. §§ 328, 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, and the United States Trustee Fee Guidelines – Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58), (i) granting the Third and Final Fee Application of FSLC, (ii) allowing FSLC an administrative claim for compensation consisting of fees in the amount of $11,575.50 incurred from December 1, 2014 through March 27, 2017 (the "Application Period"); and (iii) authorizing the Trustee to pay FSLC (a) $5,851 in outstanding fees incurred during the period from October 1, 2010 through November 30, 2014 and authorized prior hereto to be paid pending further receipts by the Estate, and (b) as an accommodation to the Estate, only $7,561.79 of allowed fees incurred during the Application Period; the Court finds that (1) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (3) the relief requested in the Application is in the best interests of the Debtor's Estate, its creditors and other parties-in-interest; (4) due and sufficient notice of the Application was given; and (5) upon the record herein and after due deliberation and cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Application is hereby granted, as set forth herein.

2. FSLC is hereby allowed an administrative claim for compensation consisting of fees in the amount of $11,575.50 incurred during the Application Period.

3. The Trustee is hereby authorized to immediately pay FSLC (a) $5,851 in outstanding fees incurred during the period from October 1, 2010 through November 30, 2014, plus (b) $7,561.79 of such allowed fees incurred during the Application Period.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. This Order will become effective immediate upon its entry.

Enter:

*[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: June 15, 2017

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201