# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                      §
                                            §
WENDY WARNER REYNES                         §        Case No. 1:10-31614-ERW
                                            §
          Debtor                            §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 362,541.59          Assets Exempt: 269,061.37
(Without deducting any secured claims)

Total Distributions to Claimants: 7,142.01       Claims Discharged
                                                 Without Payment:  508,897.51

Total Expenses of Administration:  35,658.34

3) Total gross receipts of $ 42,800.35  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 42,800.35  from the liquidation of the property of the estate, which was distributed as follows:

|                                                              | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|--------------------------------------------------------------|------------------|-----------------|----------------|-------------|
| SECURED CLAIMS (from **Exhibit 3**)                          | $ 439,406.00     | $ 0.00          | $ 0.00         | $ 0.00      |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA     | 28,096.55       | 35,658.34      | 35,658.34   |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**)   | NA               | NA              | NA             | NA          |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**)               | 11,358.00        | 0.00            | 0.00           | 0.00        |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**)                | 64,409.00        | 16,440.52       | 16,440.52      | 7,142.01    |
| **TOTAL DISBURSEMENTS**                                      | $ 515,173.00     | $ 44,537.07     | $ 52,098.86    | $ 42,800.35 |

4)  This case was originally filed under chapter 7 on  07/15/2010 .  The case was pending for 87 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/22/2017                          By:/s/N. Neville Reid, Trustee

                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHARITABLE REMAINDER UNITRUST (CRUT) | 1129-000 | 42,800.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.35 |
| TOTAL GROSS RECEIPTS | | $42,800.35 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington Mutual Chase Chase/WaMu Fulfillment Center 4500 Cherry Creek Drive South, Ste. #410 Glendale, Colorado 80246 Chase PO Box 1093 Northridge, CA  91328 | | 439,406.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 439,406.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 5,030.04 | 5,030.04 | 5,030.04 |
| Arthur B. Levine Company | 2300-000 | NA | 2.21 | 2.21 | 2.21 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 15.60 | 15.60 | 15.60 |
| 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | 2600-000 | NA | 5.08 | 5.08 | 5.08 |
| ASSOCIATED BANK | 2600-000 | NA | 764.14 | 764.14 | 764.14 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 32.13 | 32.13 | 32.13 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 22,148.12 | 29,709.91 | 29,709.91 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FOX SWIBEL LEVIN & CARROLL LLP | 3120-000 | NA | 99.23 | 99.23 | 99.23 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 28,096.55 | $ 35,658.34 | $ 35,658.34 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer; '09 prop. taxes cookcountytreasurer.com | | 11,358.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 11,358.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15298 Wilmington, DE 19850 | | 10,295.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy PO Box 2050 Kansas City, MO 64195 Citibank Sd, Na PO Box 6241 Sioux Falls, SD 57117 | | 35,095.00 | NA | NA | 0.00 |
| | Mortgage Service Cente Attn: Bankruptcy 2001 Bishops Gate Blvd Mt Laurel, NJ 08054 Mortgage Service Cente 2001 Leadenhall Rd Mount Laurel, NJ 08054 | | 0.00 | NA | NA | 0.00 |
| | Tcf Mortgage Corporati Attn: Legal Dept 801 Marquette Ave Minneapolis, MN 55402 Tcf Mortgage Corporati 801 Marquette Ave Minneapolis, MN 55402 | | 0.00 | NA | NA | 0.00 |
| | United Mileage Plus Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Warady & Davis 1717 | | | | | |
| | Deerfield Road Suite 300 | | | | | |
| | South Deerfield, IL  60015 | | 3,445.00 | NA | NA | 0.00 |
| 2 | FIA CARD SERVICES N. A. | 7100-000 | 8,512.00 | 8,512.83 | 8,512.83 | 3,698.10 |
| | FIRST AMERICAN TITLE | | | | | |
| 1 | INSURANCE COMP | 7100-000 | 7,062.00 | 7,927.69 | 7,927.69 | 3,443.91 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 64,409.00** | **$ 16,440.52** | **$ 16,440.52** | **$ 7,142.01** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 10-31614 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | WENDY WARNER REYNES | | | | Date Filed (f) or Converted (c): | 07/15/2010 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/2010 |
| For Period Ending: | 08/22/2017 | | | | Claims Bar Date: | 04/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  REAL ESTATE<br><br>Townhouse in Glenview, IL | 375,000.00 | 0.00 | | 0.00 | FA |
| 2.  CASH<br><br>one hundred twenty | 100.00 | 0.00 | | 0.00 | FA |
| 3.  CHECKING<br><br>checking - Private Bank | 730.02 | 0.00 | | 0.00 | FA |
| 4.  TRUST ACCOUNT<br><br>Schwab Account under name of Wendy Reynes Trust | 91.59 | 0.00 | | 0.00 | FA |
| 5.  HOUSEHOLD GOODS - BEDROOM<br><br>Bedroom - queen bed; clothes chest; 2 wicker chairs; 2 small bedside tables (estimated value) | 250.00 | 0.00 | | 0.00 | FA |
| 6.  HOUSEHOLD GOODS - DINING ROOM<br><br>Dining room - table and 6 chairs; china cabinet (estimated value) | 150.00 | 0.00 | | 0.00 | FA |
| 7.  HOUSEHOLD GOODS - FAMILY ROOM<br><br>Family Room - table and 4 chairs; couch and loveseat; large coffee table; fireplace utilities; chest; tall chest; chair and ottoman (estimated value) | 350.00 | 0.00 | | 0.00 | FA |
| 8.  HOUSEHOLD GOODS - KITCHEN<br><br>Kitchen - dishes (ordinary and china), pots, pans, 4 bar stools; cooking utensils (estimated value) | 250.00 | 0.00 | | 0.00 | FA |
| 9.  HOUSEHOLD GOODS - LIVING ROOM<br><br>Living Room - couch; 2 captain chairs; fireplace items; lazyboy; 3 chairs; 2 small desks; 1 med. desk; 1 tall desk; 1 large desk; 1 large coffee table (estimated value) | 350.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 10-31614 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | WENDY WARNER REYNES | | | | Date Filed (f) or Converted (c): | 07/15/2010 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/2010 |
| For Period Ending: | 08/22/2017 | | | | Claims Bar Date: | 04/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 10. HOUSEHOLD GOODS - MASTER BEDROOM<br><br>Master Bedroom - king size bed; lounge chair;<br>chest-clothes; cedar chest; 2 bedside tables; 2<br>lamps (estimated value) | 100.00 | 0.00 | | 0.00 | FA |
| 11. HOUSEHOLD GOODS - OFFICE<br><br>Office desk, chair | 50.00 | 0.00 | | 0.00 | FA |
| 12. HOUSEHOLD GOODS - RUGS<br><br>Rugs (estimated value) | 200.00 | 0.00 | | 0.00 | FA |
| 13. HOUSEHOLD GOODS - TVs AND STEREO<br><br>TVs and stereo equipment (estimated value) | 150.00 | 0.00 | | 0.00 | FA |
| 14. COLLECTABLES<br><br>CDs, tapes, books, pictures (estimated value) | 50.00 | 0.00 | | 0.00 | FA |
| 15. WEARING APPAREL<br><br>clothes | 300.00 | 0.00 | | 0.00 | FA |
| 16. FURS<br><br>furs | 300.00 | 0.00 | | 0.00 | FA |
| 17. JEWELRY<br><br>jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 18. EXERCISE EQUIPMENT<br><br>Exercise equipment | 150.00 | 0.00 | | 0.00 | FA |
| 19. TAX REFUND<br><br>009  TAX REFUND | 1,900.00 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-31614   DLT   Judge:   Deborah L. Thorne | |
| Case Name: | WENDY WARNER REYNES | |
| For Period Ending: | 08/22/2017 | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Date Filed (f) or Converted (c): | 07/15/2010 (f) |
| 341(a) Meeting Date: | 09/16/2010 |
| Claims Bar Date: | 04/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 20.  CHARITABLE REMAINDER UNITRUST (CRUT)<br><br>Charitable Remainder Unitrust (CRUT) - Exempt under Illinois law and not property of estate under Bankruptcy Code. | 244,731.35 | 54,000.00 | | 42,800.00 | FA |
| 21.  AUTOMOBILE<br><br>2000/Lexus/ES300 - Kelley Blue Book Trade-in Value assuming "fair condition" and 50,000 miles | 6,300.00 | 0.00 | | 0.00 | FA |
| 22.  ANIMALS<br><br>2 Cats | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits          (u) | Unknown | N/A | | 0.35 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $631,602.96 | $54,000.00 | | $42,800.35 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2017: TFR filed in April 2017 and received one comment from UST. Trustee is in the process of responding to UST comment and will file revised TFR.

Exhibit 8

Status March 23, 2016: Under settlement Trustee obtained in 2011 and approved by the court, debtor's trust pays to estate $2000 every quarter for 27 quarters. Case cannot therefore be closed until last payment is received or if sufficient payments are received before the 27th quarter to enable Trustee to make a meaningful distribution to creditors and pay administrative claims.  Trustee attempted to sell remaining payment stream to accelerate closing of case but there were no interested buyers. Payments inexplicably ceased as of October 2014 but under the settlement order the payments must be made through March 2018.  Trustee has discussed this with debtor's counsel who is seeking additional missed payments from debtor's investment trustee (Charles Schwab).

Status April 2015:  Under settlement trustee obtained in 2011 and approved by the court, debtor's trust pays to estate $2000 every quarter for 27 quarters. Case cannot therefore be closed until last payment is received or if sufficient payments are received before the 27th quarter to enable Trustee to make a meaningful distribution to creditors and pay administrative claims.  Trustee attempted to sell remaining payment stream to accelerate closing of case but there were no interested buyers. Payments continue to be current and Trustee currently expects case to be fully funded and closed by the end of the 27th quarter.

Initial Projected Date of Final Report (TFR): 12/31/2011      Current Projected Date of Final Report (TFR): 05/31/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|

Case No: 10-31614
Case Name: WENDY WARNER REYNES

Taxpayer ID No: XX-XXX5970
For Period Ending: 08/22/2017

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3489
Checking Account
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $4,265.71 | | $4,265.71 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $2.63 | $4,263.08 |
| 10/17/12 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $6,063.08 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $3.27 | $6,059.81 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $3.74 | $6,056.07 |
| 01/08/13 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $7,856.07 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $3.86 | $7,852.21 |
| 02/06/13 | 300001 | INTERNATIONAL SURETIES, LTD Suite 420701 Poydras StreetNew Orleans, LA 70139 | Bond # 016026455 Term 02-01-13 to 02-01-14 Blanket Bond Amount $60,894,000  504-581-6404 | 2300-000 | | $8.68 | $7,843.53 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.07 | $7,832.46 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.52 | $7,821.94 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.63 | $7,810.31 |
| 04/09/13 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $9,610.31 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.13 | $9,597.18 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.27 | $9,582.91 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.79 | $9,569.12 |
| 07/09/13 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $11,369.12 |

Page Subtotals: $11,465.71 $96.59

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-31614

Case Name: WENDY WARNER REYNES

Taxpayer ID No: XX-XXX5970

For Period Ending: 08/22/2017

Trustee Name: N. Neville Reid, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX3489

          Checking Account

Blanket Bond (per case limit): $54,824,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.21 | $11,352.91 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.88 | $11,336.03 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.31 | $11,319.72 |
| 10/08/13 | 20 | WENDY W. REYNES, TRUSTEE for Wendy Warner Reynes Charitable Trust | Settlement Agreement | 1129-000 | $1,800.00 | | $13,119.72 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $18.90 | $13,100.82 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $18.85 | $13,081.97 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $19.45 | $13,062.52 |
| 01/17/14 | 20 | WENDY W. REYNES Wendy Warner Reynes Charitable Trustee | Settlement Agreement | 1129-000 | $1,800.00 | | $14,862.52 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.72 | $14,841.80 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $19.93 | $14,821.87 |
| 04/07/14 | 300002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $6.61 | $14,815.26 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.04 | $14,793.22 |
| 04/08/14 | 20 | WENDY W. REYNES For Wendy Warner Reynes Charitable TrustCharles Schwab211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $16,593.22 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.27 | $16,569.95 |

Page Subtotals:                                     $5,400.00       $199.17

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-31614
Case Name: WENDY WARNER REYNES

Taxpayer ID No: XX-XXX5970
For Period Ending: 08/22/2017

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3489
Checking Account
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $24.63 | $16,545.32 |
| 07/08/14 | 20 | Charles Schwab on behalf of Wendy Reynes Charitable Trust 211 Main Street San Francisco, CA  94105 | 2nd Quarter Deposit - Settlement Agreement | 1129-000 | $1,800.00 | | $18,345.32 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $23.80 | $18,321.52 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $26.64 | $18,294.88 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $27.20 | $18,267.68 |
| 10/07/14 | 20 | Wendy W. Reynes Trustee for Wendy Warner Reynes Charitable Trust | Settlement Agreement | 1129-000 | $1,800.00 | | $20,067.68 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $26.28 | $20,041.40 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $29.28 | $20,012.12 |
| 12/03/14 | 300003 | First American Title Insurance Company Walinski & Associates 221 N. LaSalle St., Suite 1000 Chicago, IL  60601 | Interim Distribution to Claim 1 Representing Payment of 13.03% | 7100-000 | | $1,032.89 | $18,979.23 |
| 12/03/14 | 300004 | FIA CARD SERVICES N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC  27410 | Interim Distribution to Claim 2 Representing Payment of 13.03% | 7100-000 | | $1,109.12 | $17,870.11 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $28.79 | $17,841.32 |

Page Subtotals: $3,600.00  $2,328.63

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 10-31614 | | | Trustee Name: N. Neville Reid, Trustee | | | Exhibit 9 |
| Case Name: WENDY WARNER REYNES | | | Bank Name: Associated Bank | | | |
| | | | Account Number/CD#: XXXXXX3489 | | | |
| | | | Checking Account | | | |
| Taxpayer ID No: XX-XXX5970 | | | Blanket Bond (per case limit): $54,824,000.00 | | | |
| For Period Ending: 08/22/2017 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/14 | 300005 | N. NEVILLE REID, Chapter 7 Trustee 200 W. MADISON, SUITE 3000 CHICAGO, IL  60606 | Trustee Compensation  per Dkt. 62 Partial Compensation | 2100-000 | | $2,947.72 | $14,893.60 |
| 12/30/14 | 300006 | FOX SWIBEL LEVIN & CARROLL LLP 200 W. Madison Street - Suite 3000 Chicago, IL  60606 | Fee Application Compensation per Dkt. 62 Order entered December 30, 2014 | | | $9,099.23 | $5,794.37 |
| | | FOX SWIBEL LEVIN & CARROLL LLP | ($9,000.00) | 3110-000 | | | |
| | | FOX SWIBEL LEVIN & CARROLL LLP | ($99.23) | 3120-000 | | | |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.14 | $5,766.23 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,756.23 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,746.23 |
| 03/26/15 | 300007 | Arthur B. Levine Company Adams Levine Surety Bond Agency 60 East 42nd Street, Room 965 New York, New York  10165  212-986-7470 | Chpt. 7 Blanket Bond Premium (Feb. 1, 2015 to Feb. 1, 2016) for Bond Number 10BSBGR6291 | 2300-000 | | $2.21 | $5,744.02 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,734.02 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,724.02 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,714.02 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,704.02 |

| | | | | Page Subtotals: | $0.00 | $12,137.30 |
|---|---|---|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-31614
Case Name: WENDY WARNER REYNES

Taxpayer ID No: XX-XXX5970
For Period Ending: 08/22/2017

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3489
    Checking Account
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,694.02 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,684.02 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,674.02 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,664.02 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,654.02 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,644.02 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,634.02 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,624.02 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,614.02 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,604.02 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,594.02 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,584.02 |

Page Subtotals:      $0.00      $120.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-31614 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: WENDY WARNER REYNES | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3489 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5970 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/22/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,574.02 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,564.02 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,554.02 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,544.02 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,534.02 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,524.02 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,514.02 |
| 02/13/17 | 20 | Wendy Reynes | Settlement Proceeds (Partial Payment) | 1129-000 | $10,000.00 | | $15,514.02 |
| 02/13/17 | 20 | Wendy Reynes | Settlement Proceeds (Partial Payment) | 1129-000 | $5,000.00 | | $20,514.02 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.91 | $20,495.11 |
| 06/16/17 | 300008 | N. Neville Reid 200 West Madison Suite 3000 Chicago, IL 60606 | Per [Dkt. 77] - Order Awarding Compensation and Expenses dated 06/16/17 (final distribution) | 2100-000 | | $2,082.32 | $18,412.79 |
| 06/16/17 | 300009 | Fox Swibel Levin & Carroll LLP 200 West Madison Street Suite 3000 Chicago, IL 60606 | Per [Dkt. 76, dated 06/16/17] - Order Granting Third & Final Fee Application of FSLC Authorizing Payment of Unpaid Fees incurred from 10/01/10 - 11/30/14 | 3110-000 | | $5,851.00 | $12,561.79 |

| | Page Subtotals: | $15,000.00 | $8,022.23 |
|---|---|---|---|

Case 10-31614   Doc 79   Filed 09/13/17   Entered 09/13/17 14:47:22   Desc Main
Document   Page 18 of 22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-31614
Case Name: WENDY WARNER REYNES

Taxpayer ID No: XX-XXX5970
For Period Ending: 08/22/2017

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3489
   Checking Account
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/17 | 300010 | Fox Swibel Levin & Carroll LLP 200 West Madison Street Suite 3000 Chicago, IL 60606 | Per [Dkt. 76, dated 06/16/17] - Order Granting Third & Final Fee Application of FSLC Authorizing Payment of Allowed Fees incurred from 12/01/14 - 03/27/17 | 3110-000 | | $7,561.79 | $5,000.00 |
| 07/10/17 | 300011 | FIRST AMERICAN TITLE INSURANCE COMP Walinski & Associates 221 N. LaSalle St., Suite 1000 Chicago, IL 60601 | Per [Dkt. 69] Trustee's Final Report dated 05/11/17 | 7100-000 | | $2,411.02 | $2,588.98 |
| 07/10/17 | 300012 | FIA CARD SERVICES N. A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Per [Dkt. 69] Trustee's Final Report dated 05/11/17 | 7100-000 | | $2,588.98 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $35,465.71 | $35,465.71 |
| Less: Bank Transfers/CD's | $4,265.71 | $0.00 |
| Subtotal | $31,200.00 | $35,465.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $31,200.00 | $35,465.71 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Page Subtotals:      $0.00      $12,561.79

Case 10-31614   Doc 79   Filed 09/13/17   Entered 09/13/17 14:47:22   Desc Main
FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Document   Page 19 of 22

| Case No: 10-31614 | | | | Trustee Name: N. Neville Reid, Trustee | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case Name: WENDY WARNER REYNES | | | | Bank Name: Bank of America | | |
| | | | | Account Number/CD#: XXXXXX6945 | | |
| | | | | Money Market Account (Interest Earn | | |
| Taxpayer ID No: XX-XXX5970 | | | | Blanket Bond (per case limit): $54,824,000.00 | | |
| For Period Ending: 08/22/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/11 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $2,000.00 | | $2,000.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $2,000.01 |
| 07/14/11 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $2,000.00 | | $4,000.01 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $4,000.03 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.04 | | $4,000.07 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.03 | | $4,000.10 |
| 10/11/11 | 301 | FOX, HEFTER, SWIBEL, LEVIN & CARROL | Interim Compensation Partial payment of fees allowed Total Fees Allowed $7,297.12 [Dkt. #29] .  Account balance is only $4,000 as of this date. Will take the balance at a later date. | 3110-000 | | $3,500.00 | $500.10 |
| 10/25/11 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $2,000.00 | | $2,500.10 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,500.12 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.41 | $2,496.71 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,496.73 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.08 | $2,493.65 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,493.67 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.07 | $2,490.60 |
| 01/10/12 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $2,000.00 | | $4,490.60 |

| | Page Subtotals: | | $8,000.16 | $3,509.56 |
|---|---|---|---|---|

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 10-31614 | | | Trustee Name: N. Neville Reid, Trustee | | | |
| Case Name: WENDY WARNER REYNES | | | Bank Name: Bank of America | | | |
| | | | Account Number/CD#: XXXXXX6945 | | | |
| | | | Money Market Account (Interest Earn | | | |
| Taxpayer ID No: XX-XXX5970 | | | Blanket Bond (per case limit): $54,824,000.00 | | | |
| For Period Ending: 08/22/2017 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.03 | | $4,490.63 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $4.82 | $4,485.81 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.04 | | $4,485.85 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $5.33 | $4,480.52 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.04 | | $4,480.56 |
| 03/30/12 | 302 | FOX, HEFTER, SWIBEL, LEVIN & CARROL | Interim Compensation Balance of payment of fees allowed Total Fees Allowed $7,297.12 [Dkt. #29] .  $3500 paid 10/11/11 - this is the balance. | 3110-000 | | $3,797.12 | $683.44 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $5.51 | $677.93 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $677.94 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1.64 | $676.30 |
| 05/02/12 | 303 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras St.New Orleans, LA 70139 | Blanket Bond Disbursement Premium | 2300-000 | | $0.31 | $675.99 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $676.00 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.86 | $675.14 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $675.15 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.80 | $674.35 |
| 07/03/12 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $2,474.35 |

| | | | | |
|---|---|---|---|---|
| Page Subtotals: | | | $1,800.14 | $3,816.39 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-31614
Case Name: WENDY WARNER REYNES

Taxpayer ID No: XX-XXX5970
For Period Ending: 08/22/2017

Trustee Name: N. Neville Reid, Trustee
Bank Name: Bank of America
Account Number/CD#: XXXXXX6945
Money Market Account (Interest Earn
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/12 | 20 | CHARLES SCHWAB 211 Main StreetSan Francisco, CA 94105 | Settlement Agreement | 1129-000 | $1,800.00 | | $4,274.35 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $4,274.37 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.61 | $4,270.76 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.03 | | $4,270.79 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET9TH FLOORDALLAS, TX  75283 | BANK FEES | 2600-000 | | $5.08 | $4,265.71 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $4,265.71 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,600.35 | $11,600.35 |
| Less: Bank Transfers/CD's | $0.00 | $4,265.71 |
| Subtotal | $11,600.35 | $7,334.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,600.35 | $7,334.64 |

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

Page Subtotals:                    $1,800.05            $4,274.40

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3489 - Checking Account | $31,200.00 | $35,465.71 | $0.00 |
| XXXXXX6945 - Money Market Account (Interest Earn | $11,600.35 | $7,334.64 | $0.00 |
| | $42,800.35 | $42,800.35 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $42,800.35 |
| Total Gross Receipts: | $42,800.35 |